UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ALLISON LEGLEU McCOY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:04-CV-596 |
| ) | (Phillips) |
| CMH HOMES, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER FOR CONTINUANCE

The parties have jointly moved to continue the trial of this case through motion filed July 27, 2006 [Doc. 28]. The parties indicate that additional time is needed to complete discovery. For good cause shown, the motion for continuance [Doc. 28] is **GRANTED.**

1. The trial of this case is continued and shall commence on **Monday, March 5, 2007 at 9:00 a.m.** Estimated length of trial is 4 days.

2. A final pretrial conference shall be held in this case on **Tuesday, February 27, 2007 at 10:00 a.m.**

3. Allother matters covered by the scheduling order previously entered in this case shall remain unchanged and be calculated based on the new trial date.

**IT IS SO ORDERED.**

        **ENTER:**

          s/Thomas W. Phillips
        **UNITED STATES DISTRICT JUDGE**